IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA MYERS,

    Plaintiff,

v.

CREDIT ONE BANK, N.A.,

    Defendant.

CIVIL ACTION
NO. 16-5214

## ORDER

**AND NOW**, this 29th day of August, 2017, upon review of Defendant's Motion to Dismiss and to Compel Arbitration (Docket No. 31), Plaintiff's opposition thereto, and Defendant's reply, it is hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED**;

2. The claims contained in Plaintiff's Amended Complaint shall be sent to arbitration;

3. This case is **DISMISSED**; and

4. The Clerk of Court shall close this matter.

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              **Jeffrey L. Schmehl, J.**